No. A–338. ESPINOZA v. UNITED STATES. Application for stay of proceedings in the United States District Court for the Southern District of West Virginia, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

OCTOBER 16, 1978

No. 77–6835. WAYLAND v. TOWN OF IPSWICH. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Monell* v. *Department of Social Services of New York City,* 436 U. S. 658 (1978).

No. 77–6868. RUNYAN v. CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of final judgment.

No. 78–265. WILLMAN v. MINNESOTA. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–278. TORRES, CONSERVATOR v. ILLINOIS. Appeal from App. Ct. Ill., 3d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5255. KELLEY v. VERMONT. Appeal from Sup. Ct. Vt. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.